FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2007 JUL 18 P 3 47
CLERK
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JIMMY CARTER, ) | |
| Plaintiff, ) | |
| v. ) | CV 107-060 |
| VICTOR WALKER, Warden, et al., ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, as Plaintiff has neither fulfilled the requirements for proceeding IFP, nor paid the filing fee, the above-captioned case is **DISMISSED**, without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 19 day of July, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE